

# Luis A. Ayala Colón Sucrs., Inc.

STEAMSHIP·AGENT·STEVEDORING·CHARTERER
P.O. BOX 7066
PONCE, PUERTO RICO 00732-7066

**OWNERS MV SUNSHINE SPIRIT**
**RADIANCE SHIPPING LLC c/o**
**SIMMS SHOWERS LLP**

| | |
|---|---|
| *C. MEMO NO.* | **ME 030609** |
| *INVOICE DATE* | **03/06/2009** |
| *FILE NO.:* | **2009-0344** |

| | VOYAGE | PORT | ARRIVED/HOUR | SAILED/HOUR | CASH CREDIT MEMO |
|---|---|---|---|---|---|
| SUNSHINE SPIRIT | 1 | S.J. | 02/19/2009 | STILL AT PORT | |

| ITEM | VOUCHER | ITEM DESCRIPTION | TOTAL |
|---|---|---|---|
| | 1 | AS PER OWNERS REQUEST, ATTENDANCE OF MASTER AND CHIEF ENGINEER ABOARD VESSEL ON MARCH 8, AND MARCH 9, 2009 RESPECTIVELY, AT DAILY RATE OF $650.00. | 1,300.00 |

Bank Details:

**LUIS A. AYALA COLON SUCRS., INC.**
**DEUTSCHE BANK**
**NEW YORK, N.Y.**
**ACCT. 04-813-885**
**ABA NO. 021001033**

PAGE 1   CERTIFIED TO BE CORRECT TO THE
BEST OF OUR KNOWLEDGE.

OUR TERMS ARE DUE UPON PRESENTATION.
OUTSTANDING INVOICES WILL BE
INTERESTED AT 18% PER ANNUM.

TOTAL THIS **$ 1,300.00**
INVOICE

CUSTOMER ORIGINAL