**ENTERED ON DOCKET**
<u>9/11/09</u>  **PURSUANT TO FRCP RULES 58 & 79a**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO



Sea Star Line Caribbean, LLC

Plaintiff(s)

vs.

M/V Sunshine Spirit

Defendant(s)

CIVIL CASE   09-1152  (JAF)

## JUDGMENT

Pursuant to Court's Order (docket #81)  Judgment is entered dismissing with prejudice all claims interposed in this case by and between Radiance, the Vessel, and MSHS, each party to bear its own costs and attorneys' fees.

In San Juan, Puerto Rico, this  11th  day of  September,  2009.

Frances Rios de Moran, Esq.

Clerk of Court

<u>s/Diana Villavicencio</u>

Diana Villavicencio
Deputy Clerk